■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAROD SKINNER, Appellant. [25 NYS3d 885]—Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered November 8, 2013, unanimously affirmed.

Application by defendant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Tom, J.P., Andrias, Saxe and Kapnick, JJ.

■ GEORGE L. VILLAFANE, Appellant, v INDUSTRIAL CONSTRUCTION MANAGEMENT, LTD., Respondent. [25 NYS3d 886]—

Order, Supreme Court, Bronx County (Howard H. Sherman, J.), entered March 27, 2015, which granted defendant's motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

Defendant failed to establish prima facie that it is an out-of-possession landlord with no right of reentry or maintenance (*see Vasquez v RVA Garage*, 238 AD2d 407 [2d Dept 1997]). In addition to testimony as to the terms of an oral lease agreement with the commercial tenant, defendant offered only a carefully tailored affidavit by the tenant's principal, who is also the mother of defendant's principal. This evidence is not sufficient to eliminate any material issues of fact from the case (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851 [1985]). Concur—Tom, J.P., Andrias, Saxe and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE LEE, Appellant. [25 NYS3d 886]—Judgment, Supreme Court, New York County (Richard Carruthers, J., at plea; Gregory Carro, J., at sentence), rendered March 5, 2014, unanimously affirmed.